THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Moses Ellison, Appellant.
 
 
 

Appeal From Richland County
 L. Casey Manning, Circuit Court Judge

Unpublished Opinion No.  2008-UP-412
 Submitted July 1, 2008  Filed July 18,
2008

APPEAL DISMISSED

 
 
 
 Appellate Defender Lanelle C. Durant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Asst. Deputy Atty. Gen. Salley W. Elliott, and
 Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Moses
 Ellison appeals from his
 guilty plea to strong arm robbery.  The plea judge sentenced Ellison to ten
 years suspended to time served and two years probation which could terminate
 upon the completion of one hundred fifty hours of community service.  Ellisons
 counsel attached a petition to be relieved, stating she reviewed the record and
 concluded this appeal lacks merit.  After a thorough review of the record, and counsels brief
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels
 motion to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.